AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, CERTIFICATIONS, CIVIL COVER SHEET**
EFFECTED (1) BY ME: **PETER CERRUTO**
TITLE: **PROCESS SERVER**    DATE: **10/15/2024 11:23:50 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

URBAN SIGN & CRANE, INC. C/O MARYANN GONYEA, OFFICER

Place where served:

411 SOUTH 6TH ST  VINELAND  NJ  08360

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

URBAN SIGN & CRANE, INC. C/O MARYANN GONYEA, OFFICER

Relationship to defendant  **SELF**

Description of Person Accepting Service:

SEX: **F**    AGE: **51-65**    HEIGHT: **5'0"-5'3"**    WEIGHT: **131-160 LBS.**    SKIN: **WHITE**    HAIR: **BLONDE**    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____    SERVICES $ _____ . ____    TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

16th day of October, 2024

Notary Signature _____

Rosemary Ramos    September 25th, 2028
Name of Notary    My Commission Expires

I, PETER CERRUTO, was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    10/16/2024
Signature of Process Server    Date

ATTORNEY:    STEVEN J. BUSHINSKY, ESQ.
PLAINTIFF:    TRUSTEES OF THE IBEW LOCAL 351 PENSION, SURETY, WELFARE, JOINT
DEFENDANT:    APPRENTICESHIP AND TRAINING COMMITTEE, ET AL
VENUE:        URBAN SIGN & CRANE, INC.
DOCKET:       DISTRICT
COMMENT:      1 23 CV 18809 RBK AMD